**Kenneth C. CARPENTER, Appellant,**

v.

**CIVIL SERVICE COMMISSION OF the CITY OF ST. LOUIS, Respondent.**

No. 51694.

Missouri Court of Appeals,
Eastern District,
Division Six.

Jan. 27, 1987.

Newton G. McCoy, St. Louis, for appellant.

Jennifer H. Fisher, Asst. City Counselor, St. Louis, for respondent.

### ORDER

PER CURIAM:

Direct appeal from circuit court judgment affirming a prior decision of employment dismissal by the Civil Service Commission of the City of St. Louis, Missouri.

Judgment affirmed. Rule 84.16(b).

**Karlin KELLEY, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 51750.

Missouri Court of Appeals,
Eastern District,
Division Six.

Jan. 27, 1987.

Donald J. Hager, Public Defender, Farmington, for appellant.

William L. Webster, Atty. Gen., Kurt Hentz, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to a Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Timothy GRAVES, Appellant.**

No. 51769.

Missouri Court of Appeals,
Eastern District,
Division Six.

Jan. 27, 1987.

H. Paul Fox, Public Defender's Office, Union, for appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Direct appeal from a conviction for the sale of controlled substances, in violation of § 195.020, RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).